IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROBERTO DELGADO,

    Plaintiff,

vs.                                      No. CIV 12-0808 JB/ACT

DR. GUTIERREZ, M.D., AND NURSE-
PRACTITIONER JUNE KUSHNER,
AT CCA CIBOLA COUNTY, MILAN, N.M.,

    Defendants.

## MEMORANDUM OPINION AND ORDER OF DISMISSAL

**THIS MATTER** comes before the Court on the Court's Order to Show Cause, filed April 9, 2014 (Doc. 42)("Order"), requiring Plaintiff Roberto Delgado to show cause as to why the Court should not dismiss his case for his apparent failure to notify the Court of a change of address.  The Order informed Delgado that he has a "continuing duty to notify the Clerk, in writing, of any change in . . . [his] mailing address," D.N.M.LR-Civ. 83.6.  The Order further advised Delgado that sanctions could include dismissal for violation of the local rules and for failure to prosecute.  Finally, the Court also advised Delgado that a failure to respond to the Order would constitute an independent basis for dismissal.  The Court finds that Delgado has not responded by the fourteen day deadline set in the Order, and the Court will therefore dismiss the case.

**IT IS ORDERED** that Plaintiff Roberto Delgado's case is dismissed without prejudice for violations of the Local Rules, for failure to prosecute, and for failure to respond to the Order to Show Cause, filed April 9, 2014 (Doc. 42).

_____
UNITED STATES DISTRICT JUDGE

*Parties and counsel:*

Roberto Delgado
Cibola County Correctional Center
Milan, New Mexico

    *Plaintiff pro se*

Debra J. Moulton
Deborah D. Wells
Kennedy, Moulton & Wells P.C.
Albuquerque, New Mexico

    *Attorneys for Defendant Jane Kushner*

Nicole M. Charlebois
Chapman and Clarlebois, P.C.
Albuquerque, New Mexico

--and--

Orlando Coronado Martinez
Dixon, Scholl and Bailey, P.A.
Albuquerque, New Mexico

    *Attorneys for Defendant Karl R. Gutierrez, M.D.*