IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROBERTO DELGADO,

      Plaintiff,

vs.                                                                                                       No. CIV 12-0808 JB/ACT

DR. GUTIERREZ, M.D., AND NURSE-
PRACTITIONER JUNE KUSHNER,
AT CCA CIBOLA COUNTY, MILAN, N.M.,

      Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Court's Memorandum Opinion and Order of Dismissal, filed April 30, 2014 (Doc. 44)("MOO"), in which the Court dismissed Plaintiff Roberto Delgado's case "without prejudice for violations of the Local Rules, for failure to prosecute, and for failure to respond to the Order to Show Cause," filed April 9, 2014 (Doc. 42). MOO at 1. Because the Court's MOO disposes of all claims and parties before the Court, entry of final judgment is appropriate.

**IT IS ORDERED** that Plaintiff Roberto Delgado's case is dismissed without prejudice, and final judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Parties and counsel:*

Roberto Delgado
Cibola County Correctional Center
Milan, New Mexico

 *Plaintiff pro se*

Debra J. Moulton
Deborah D. Wells
Kennedy, Moulton & Wells P.C.
Albuquerque, New Mexico

 *Attorneys for Defendant Jane Kushner*

Nicole M. Charlebois
Chapman and Clarlebois, P.C.
Albuquerque, New Mexico

--and--

Orlando Coronado Martinez
Dixon, Scholl and Bailey, P.A.
Albuquerque, New Mexico

 *Attorneys for Defendant Karl R. Gutierrez, M.D.*